SARA ZALKIN, CA SBN 223044
506 Broadway
San Francisco, CA 94133
Telephone: (415) 986-5591
Facsimile: (415) 421-1331

Attorney for Defendant
DANIEL JIMENEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CARLOS OLIVARES HERNANDEZ,<br>et al.,<br><br>        Defendants. | No. CR-15-00547 JD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE FOR PRETRIAL MOTIONS NOTICED TO BE HEARD ON SEPTEMBER 13, 2017 |

      The parties jointly propose the following briefing schedule as to the pretrial motions noticed to be heard on September 13, 2017, at 10:30 a.m.:

      Government's Response to be filed by July 24, 2017.

      Defendants' Replies to be filed by August 14, 2017.

DATED: June 21, 2017                            Respectfully submitted,

                                                            /s/ _Sara Zalkin_____
                                                             SARA ZALKIN
                                                             Counsel for Daniel Jimenez

DATED: June 21, 2017                            /s/ *David L. Andersen*
                                                             DAVID L. ANDERSEN
                                                             Counsel for Manuel Lara Andrade

DATED: June 21, 2017

                                                             /s/ _Albert J. Boro, Jr._____
                                                             ALBERT J. BORO, JR.
                                                            Counsel for Jose Armando Mendoza Linares

DATED: June 21, 2017     /s/ *Alan A. Dressler*_____
ALAN A. DRESSLER
Counsel for Manuel Gonzalez Chavez

DATED: June 21, 2017     /s/ _*Michael Ian Garey*_____
MICHAEL IAN GAREY
Counsel for Gabriel Estrada

DATED: June 21, 2017     /s/ *Adam G. Gasner*_____
ADAM G. GASNER
Counsel for Carlos Olivares Hernandez

DATED: June 21, 2017     /s/ _*Peter Goodman*_____
PETER GOODMAN
Counsel for Ruben Franco Lopez

DATED: June 21, 2017     /s/ _*George C. Harris*_____
GEORGE C. HARRIS
Counsel for Vanessa Valdez

DATED: June 21, 2017     /s/ _*Laurel L. Headley*_____
LAUREL L. HEADLEY
Counsel for Michael Anthony Sherman, Sr.

DATED: June 21, 2017     /s/ _*K.C. Maxwell*_____
K.C. MAXWELL
Counsel for Ismael Mendoza Rodriguez

DATED: June 21, 2017     /s/ _*Shaffy Moeel*_____
SHAFFY MOEEL
Counsel for Elias Dominguez

DATED: June 21, 2017     /s/ _*Kurt Kevin Robinson*_____
KURT KEVIN ROBINSON
Counsel for Carlos Martinez, Jr.

DATED: June 21, 2017     /s/ Christiaan Highsmith_____
CHRISTIAAN HIGHSMITH
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PRETRIAL MOTIONS
NOTICED TO BE HEARD ON SEPTEMBER 13, 2017

2

**[~~PROPOSED~~] ORDER**

AT THE REQUEST OF THE PARTIES AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The Government's Response to Defendants' Motions noticed to be heard on September 13, 2017 at 10:30 a.m. shall be filed by July 24, 2017; Defendants' Replies shall be filed by August 14, 2017.

Dated: __June 22, 2017_____   _____
                                            JAMES DONATO
                                            UNITED STATES DISTRICT JUDGE

